IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: **PAMELA C. ENARI,**<br>Debtor | Chapter 13<br>Case No. **5:16-bk-00508-JJT** |

### NOTICE OF APPEARANCE AND REQUEST FOR
### NOTICE AND SERVICE OF PLEADINGS

To the Clerk of the Bankruptcy Court:

**PLEASE TAKE NOTICE** that the **Borough of East Stroudsburg** is a creditor in the above-captioned bankruptcy case and by and through their attorneys, NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, PC, file this Notice of Appearance.

Pursuant to Bankruptcy Rules 2002 and 9007 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, the **Borough of East Stroudsburg** respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon its counsel at the address, telephone number and email address listed below:

> J. Zac Christman, Esquire
> NEWMAN, WILLIAMS, MISHKIN,
> CORVELEYN, WOLFE & FARERI, PC
> PO Box 511, 712 Monroe Street
> Stroudsburg, PA 18360
> (570) 421-9090; fax: (570) 424-9739
> jchristman@newmanwilliams.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise.

> NEWMAN, WILLIAMS, MISHKIN,
> CORVELEYN, WOLFE & FARERI, PC

Dated: **September 9, 2016**   By:   /s/ J. Zac Christman
> J. Zac Christman, Esquire
> PO Box 511, 712 Monroe Street
> Stroudsburg, PA 18360
> (570) 421-9090; fax: (570) 424-9739
> jchristman@newmanwilliams.com