```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                        Case No. 16-00508-JJT
Pamela C Enari                                                Chapter 13
         Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: MMchugh          Page 1 of 2          Date Rcvd: Nov 16, 2016
                             Form ID: ordsmiss        Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
```
db            +Pamela C Enari,   368 Jade Avenue,   East Stroudsburg, PA 18301-8499
4767654       +Affinity Federal Credit Union,   c/o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
               Tinton Falls, NJ 07724-3001
4818184       +Borough of East Stroudsburg,   24 Analomink Street,   East Stroudsburg, PA 18301-2801
4785458        CACH, LLC,   PO Box 5980,   Denver, CO 80217-5980
4749204       +Ctech Collections,   5505 Nesconset Hwy,   Mount Sinai, NY 11766-2037
4749206       +KML Law Group, PC,   BNY Independence Center Suite 5000,   701 Market Street,
               Philadelphia, PA 19106-1538
4749207        Monroe County Courthouse,   Attn: Prothonotary,   7th & Monroe Streets,   Stroudsburg, PA 18360
4749208        Monroe County Sheriff's Office,   7th & Monroe Streets,   Stroudsburg, PA 18360
4749209        Mountain Valley Orthopedics PC,   600 Plaza Court,   East Stroudsburg, PA 18301-8263
4749210       +National Recovery Agency,   2491 Paxton Street,   Harrisburg, PA 17111-1036
4801566       +PNC Bank, National Association s/b/m National City,   PNC Mortgage, a division of PNC Bank, NA,
               3232 Newmark Drive,   Attn: Bankruptcy,   Miamisburg, OH 45342-5421
4749212       +PNC Mortgage,   PO Box 8703,   Dayton, OH 45401-8703
4749211        Pennsylvania Dept. Revenue,   Bureau of Compliance,   PO Box 280946,
               Harrisburg, PA 17128-0946
4749213       +Pocono Medical Center,   206 E. Brown St.,   East Stroudsburg, PA 18301-3094
4749214        Pocono Medical Center,   PO Box 822009,   Philadelphia, PA 19182-2009
4749216       +Victoria W. Chen, Esq.,   KML Law Group, P.C.,   701 Market Street STE 5000,
               Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4749200        EDI: ARSN.COM Nov 16 2016 19:18:00      ARS National Services, Inc.,   PO Box 469046,
               Escondido, CA 92046-9046
4749199       +E-mail/Text: bankruptcycare@affinityfcu.com Nov 16 2016 19:21:10      Affinity FCU,
               73 Mountainview Blvd Bld,   Basking Ridge, NJ 07920-2332
4749202        EDI: CAPITALONE.COM Nov 16 2016 19:18:00      Capital One Bank USA,   15000 Capital One Drive,
               Richmond, VA 23238
4749201       +EDI: STFC.COM Nov 16 2016 19:18:00      Cach, LLC,   4340 S Monaco St Unit 2,
               Denver, CO 80237-3581
4756131        EDI: CAPITALONE.COM Nov 16 2016 19:18:00      Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
4749203       +EDI: CHASE.COM Nov 16 2016 19:18:00      Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
4749205        EDI: RCSDELL.COM Nov 16 2016 19:18:00      Dell Financial Services,   1 Dell Way,
               Round Rock, TX 78682
4791132        EDI: IRS.COM Nov 16 2016 19:18:00      Internal Revenue Service,   P.O. Box 7346,
               Philadelphia, PA 19101-7346
4749215        EDI: PRA.COM Nov 16 2016 19:18:00      Portfolio Recovery Associates,   140 Corporate Blvd,
               Norfolk, VA 23502
4769355        EDI: PRA.COM Nov 16 2016 19:18:00      Portfolio Recovery Associates, LLC,   POB 12914,
               Norfolk VA 23541
4750440       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2016 19:21:13
               Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
                                                                               TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Borough of East Stroudsburg,   24 Analomink Street,   East Stroudsburg, PA 18301-2801
4831041*      +Borough of East Stroudsburg,   24 Analomink Street,   East Stroudsburg, PA 18301-2801
4750692*      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                          Signature:  _/s/Joseph Speetjens_

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        J. Zac Christman   on behalf of Creditor   Borough of East Stroudsburg
         jchristman@newmanwilliams.com,  mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
        Joshua I Goldman   on behalf of Creditor   PNC Mortgage bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kim M Diddio   on behalf of Debtor Pamela C Enari kdiddio@diddiolaw.com,  kdiddio@gmail.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                             TOTAL: 5

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Pamela C Enari | Chapter | 13 |
| aka Pamela Constance Enari, aka Pamela Enari | | |
| **Debtor(s)** | Case No. | 5:16–bk–00508–JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above–named case of the debtor(s) be and is hereby dismissed.

Dated: November 16, 2016

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk